**3/18/2015**                                                                 **COA Case No. 13-13-00080-CR**
**LOPEZ, JESSE TIRADO   Tr. Ct. No. 12-01541-CRF-85              PD-0289-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Wednesday, April 15, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *

**3/18/2015** **COA Case No. 13-13-00080-CR**
**LOPEZ, JESSE TIRADO Tr. Ct. No. 12-01541-CRF-85** **PD-0289-15**
On this day, this Court has granted the Appellant's motion for an extension of time
in which to file the Petition for Discretionary Review. The time to file the petition
has been extended to Wednesday, April 15, 2015. NO FURTHER EXTENSIONS
WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed
with the Court of Criminal Appeals.

Abel Acosta, Clerk

RICHARD  DAVIS
RICHARD W. B. 'RICK' DAVIS, P.C.
504 EAST 27TH STREET
BRYAN, TX  77803
* DELIVERED VIA E-MAIL *

**3/18/2015**  **COA Case No. 13-13-00080-CR**
**LOPEZ, JESSE TIRADO   Tr. Ct. No. 12-01541-CRF-85**  **PD-0289-15**
On this day, this Court has granted the Appellant's motion for an extension of time in which to file the Petition for Discretionary Review.  The time to file the petition has been extended to Wednesday, April 15, 2015.  NO FURTHER EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition for Discretionary Review must be filed with the Court of Criminal Appeals.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

**3/18/2015**                             **COA Case No. 13-13-00080-CR**
**LOPEZ, JESSE TIRADO**    **Tr. Ct. No. 12-01541-CRF-85**       **PD-0289-15**
On this day, this Court has granted the Appellant's motion for an extension of time
in which to file the Petition for Discretionary Review. The time to file the petition
has been extended to Wednesday, April 15, 2015. NO FURTHER EXTENSIONS
WILL BE ENTERTAINED. NOTE: Petition for Discretionary Review must be filed
with the Court of Criminal Appeals.

Abel Acosta, Clerk

DISTRICT ATTORNEY BRAZOS COUNTY
JARVIS PARSONS
300 E 26TH SUITE 310
BRYAN, TX 77803
* DELIVERED VIA E-MAIL *